IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SE PROPERTY HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 13-0610-CG-N |
| | ) | |
| ZLM ACQUISITIONS, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on the parties' Joint Motion to Extend Existing Stay to Guarantors, or for amendment of scheduling order (Doc. 51).

Upon due consideration, the motion to stay is **GRANTED** in part in that this all proceedings are hereby **STAYED** until September 30, 2014, by agreement of the parties. The parties are **ORDERED** to file a joint status report as to the pendency of the Bankruptcy case **not later than October 1, 2014**. Unless the parties move for further extension of the stay, the stay will be lifted, and this action will be referred to the Magistrate Judge for entry of an amended scheduling order.

**DONE and ORDERED** this 21st day of July, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE