# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| SE PROPERTY HOLDINGS, LLC, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 13-0610-CG-N |
| ZLM ACQUISITIONS, L.L.C., et al., | ) ) ) |
| Defendants. | ) |

## ORDER

This cause is before the court on the Suggestion of Bankruptcy filed by the plaintiff on October 1, 2014 (Doc. 57), in which plaintiff represents that a Chapter 7 Involuntary Petition pursuant to 11 U.S.C. Section 303(b)(2) with respect to defendant David A. Stewart was filed in the United States Bankruptcy Court for the Southern District of Alabama.

Pursuant to 11 U.S.C. § 362, the filing of a bankruptcy petition operates as a stay of an action. Therefore, this action is hereby **STAYED** as to defendant David A. Stewart.

The parties shall notify the court within thirty (30) days of the resolution of the bankruptcy proceedings, or of a lift of the stay, at which time this action will be re-instated against David A. Stewart.

**DONE and ORDERED** this 6th day of October, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE