IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SE PROPERTY HOLDINGS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 13-610-CG-N |
| | ) |
| ZLM ACQUISITIONS, LLC, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**FINAL JUDGMENT**

In accordance with the Court's order entered this date, granting Plaintiff's motion for partial summary judgment, it is hereby **ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Plaintiff, **SE Property Holdings, LLC**, and against Defendant **Maurice J. Fitzsimons**, in the amount of **$ 2,132,800.00** plus interest and costs.

**DONE and ORDERED** this 29th day of September, 2015.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE